# UNITED STATES DISTRICT COURT

for the

District of Maryland

1ST AUTO GALLERY, LLC; and
MOHAMMAD ALHAMAYEL, individually

*Plaintiff(s)*

v.

WORLD FINANCE GROUP, LLC;
MANHEIM REMARKETING, INC.; and
ANTONIO RADULESCU

*Defendant(s)*

Civil Action No. 26-cv-03113-TDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WORLD FINANCE GROUP, LLC
Serve on Registered Agent:
Marcus Law Center, LLC
2600 Douglas Road, Suite 1111
Coral Gables, Florida 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: M. Christina Hamilton, Esq.
EISLER HAMILTON, LLC
1 Research Court, Suite 450
Rockville, Maryland 20850
Telephone: 240-283-1164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/10/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-03113-TDC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* World Finance Group, LLC
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________ ; or

❐ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| 1ST AUTO GALLERY, LLC; and<br>MOHAMMAD ALHAMAYEL, individually<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-03113-TDC |
| WORLD FINANCE GROUP, LLC;<br>MANHEIM REMARKETING, INC.; and<br>ANTONIO RADULESCU<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MANHEIM REMARKETING, INC.
Serve on Maryland Resident Agent:
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: M. Christina Hamilton, Esq.
EISLER HAMILTON, LLC
1 Research Court, Suite 450
Rockville, Maryland 20850
Telephone: 240-283-1164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 8/10/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-03113-TDC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Manheim Remarketing, Inc.

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________

*Server's signature*

______________

*Printed name and title*

______________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

1ST AUTO GALLERY, LLC; and
MOHAMMAD ALHAMAYEL, individually

*Plaintiff(s)*

v.

WORLD FINANCE GROUP, LLC;
MANHEIM REMARKETING, INC.; and
ANTONIO RADULESCU

*Defendant(s)*

Civil Action No. 26-cv-03113-TDC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ANTONIO RADULESCU
6610 Marlboro Pike
District Heights, Maryland 20747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Christina Hamilton, Esq.
EISLER HAMILTON, LLC
1 Research Court, Suite 450
Rockville, Maryland 20850
Telephone: 240-283-1164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 8/10/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-03113-TDC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Antonio Radulescu
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: